UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

    vs.

MATTHEW LIPSEY, JR.,                  **INDICTMENT**

       Defendant.

_____/

    The Grand Jury charges:

## COUNT 1
(Possession With Intent to Distribute Cocaine Base)

    On or about June 16, 2026, in Kalamazoo County, in the Southern Division of

the Western District of Michigan, the defendant,

MATTHEW LIPSEY, JR.,

knowingly and intentionally possessed with intent to distribute cocaine base, a

Schedule II controlled substance, in a red Chevrolet Traverse and in a residence on

Grant Street in Kalamazoo, Michigan.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Maintaining a Drug-Involved Premises)

Between in or about May 2026 and in or about June 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

MATTHEW LIPSEY, JR.,

knowingly managed and controlled a place, that is 911 Princeton Avenue, Kalamazoo, Michigan 49007, as an owner, and knowingly and intentionally made such place available for use for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance.

21 U.S.C. § 856(a)(2)
21 U.S.C. § 856(b)

## FORFEITURE ALLEGATION
(Maintaining a Drug-Involved Premises)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 856, set forth in Count 2 of this Indictment, the defendant,

### MATTHEW LIPSEY, JR.,

shall forfeit to the United States any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the real property commonly known as 911 Princeton Avenue, Kalamazoo, Michigan 49007, with the following legal description:

> Commencing 8 rods East of the East line of Westnedge Avenue (formerly West Street) in the City of Kalamazoo, and 46 rods North of the North line of North Street in said city; thence East on the South line of land described by Emeline A. House to Lyman K. Gates 8 rods to the West line of Princeton Avenue (formerly Clark or Cooley Street); thence North 2 rods; thence West 8 rods; thence South 2 rods to the place of beginning; being situate on the Northwest 1/4 of Section 15, Town 2 South, Range 11 West.

21 U.S.C. § 853(a)(2)
21 U.S.C. § 856

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

VITO S. SOLITRO
Assistant United States Attorney